IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL DENSON**                                        **PLAINTIFF**

**v.**                         **4:23-cv-00994-JM**

**WADE GILLIAM,**
**Saline County Detention Center;** *et al.*                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

DATED this 28th day of November 2023.

_____
UNITED STATES DISTRICT JUDGE

1